ELBERT WATSON, EMPLOYEE, v. HARRIS CLAY COMPANY, EMPLOYER
(SELF-INSURER).

(Filed 19 October, 1955.)

**Master and Servant § 55d—**

When there is any competent evidence to support a finding of fact by the Industrial Commission, such finding is conclusive on appeal, even though there is evidence that would have supported a finding to the contrary.

APPEAL by plaintiff from *Sink, Emergency Judge,* April Term, 1955, of AVERY.

Proceeding before the Industrial Commission for compensation due to disablement from silicosis.

The hearing Commissioner found as a fact that the plaintiff failed to show an injurious exposure to the hazards of silicosis while employed by the defendant, and there is competent evidence to support such finding.

The plaintiff appealed to the Full Commission and after a review of the evidence, findings of fact and conclusions of law of the hearing Commissioner theretofore made, it adopted such findings of fact and conclusions of law and ordered an affirmance of the result reached by him. The plaintiff then appealed to the Superior Court where the order of the Commission was in all respects affirmed.

Plaintiff appeals to this Court, assigning error.

*Warren H. Pritchard for plaintiff appellant*
*Stillwell & Stillwell, McBee & McBee, and Fouts & Watson for defendant appellee.*

PER CURIAM. When there is any competent evidence to support a finding of fact by the Industrial Commission, such finding is conclusive on appeal, even though there is evidence that would have supported a finding to the contrary. *Creighton v. Snipes,* 227 N.C. 90, 40 S.E. 2d 612; *Rewis v. Insurance Co.,* 226 N.C. 325, 38 S.E. 2d 97. Therefore, in light of the Commission's findings of fact, the judgment of the court below must be

Affirmed.